■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW FAMIGLETTI, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Ain, J.), rendered September 26, 1984, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Any claims that the defendant sought to raise upon sentenc-

ing are not supported by the record and are more properly the subject of a proceeding pursuant to CPL article 440. Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.